PROB 12B
(7/93)

*United States District Court*

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Yong S. Choi**          Case Number: **CR 04-00009-001**

Name of Sentencing Judicial Officer:     Honorable John S. Unpingco

Date of Original Sentence:     March 19, 2004

Original Offense:     Misprision of Felony, in violation of 18 U.S.C. § 4.

Original Sentence:     A 60 month term of probation with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of probation; not incur new credit charges or open additional lines of credit without approval of the U.S. Probation Office, unless in compliance with the payment schedule; provide the U.S. Probation Office access to any requested financial information; perform 400 hours of community service; pay a $100 special assessment fee; and pay $28,998.50 in restitution. **Conditions modified** on November 15, 2004 to include an additional 50 hours of community service as a sanction for noncompliance, and weekly submission of proof of employment searches unless otherwise directed by the U.S. Probation Office.

Type of Supervision: Probation          Date Supervision: March 19, 2004

### PETITIONING THE COURT

☐     To extend the term of supervision _____ years, for a total term _____ years.

☒     To modify the conditions of supervision as follows:

1.     The defendant shall participate in the home detention component of the home confinement program for a period of three months and abide by all the requirements of the program which will include electronic monitoring. The defendant is to pay all or part of the program based on his ability to pay as determined by the probation officer. The defendant is to be restricted to his residence at all times except for employment; religious services; medical appointments; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender

page 2

## CAUSE

On March 24, 2004, Mr. Choi executed a payment agreement, agreeing to make restitution payments in the amount of $100 every month. In July 2004, Mr. Choi obtained part-time employment with Roxbury Night Club, as a bouncer, earning $70.00 per day. On September 3, 2004, Mr. Choi made a $100 payment towards his restitution debt. Mr. Choi failed to make further payments until February 11, 2005, at which time he made a $150 restitution payment. Mr. Choi has made sporadic $50 payments, however, he failed to make any restitution payments for February 2006 and March 2006.

On April 11, 2006, Mr. Choi met with this Officer and discussed his non-payment of restitution. Mr. Choi stated that he would make a payment by April 14, 2006. He was advised that should he fail to make the restitution payment as agreed, he would be sanctioned accordingly. On April 17, 2006, Mr. Choi made a $50 payment and the outstanding restitution balance remains at $28,088.50.

Mr. Choi has complied with the conditions of supervision since being placed on probation, with the exception of a modification of conditions on November 15, 2004, at which time he was to perform an additional 50 hours of community service as a sanction for noncompliance, and submit weekly proof of employment searches. Mr. Choi paid his $100 special assessment fee on April 5, 2004; completed 400 hours of community service on September 4, 2004; completed the additional 50 hours of community service on September 2, 2005; and has been employed as a part-time bouncer at the Roxbury Night Club since July 2004.

This Officer respectfully requests that the Court modify Mr. Choi's conditions of probation, pursuant to 18 U.S.C. § 3583(c), to include that he serve three months of home detention under the home confinement program. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Choi's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 4/19/06

Respectfully submitted,

by: JUDY ANNE L. OCAMPO
U.S. Probation Officer

Date: 4/19/06

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
APR 20 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
FRANCES TYDINGCO-GATEWOOD,
Designated Judge
April 21, 2006

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in the home detention component of the home confinement program for a period of three months, and abide by all the requirements of the program which will include electronic monitoring. The defendant is to pay all or part of the costs of the program based on your ability to pay as determined by the probation officer. The defendant is to be restricted to his residence at all times except for employment; religious services; medical appointments; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

Witness: _____  Signed: _____
JudyAnne L. Ocampo                              Yong Soo Choi
U.S. Probation Officer                          Probationer or Supervised Releasee

4/17/06
Date