PROB 12A
(7/93)

# United States District Court FILED

for

*District of Guam*

**Report on Offender Under Supervision**

DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| Name of Offender: **Yong Soo Choi** | Case Number: **CR 04-00009-001** |

Name of Sentencing Judicial Officer: Honorable John S. Unpingco

Date of Original Sentence: March 19, 2004

Original Offense: Misprision of Felony, in violation of 18 U.S.C. § 4.

Original Sentence: A 60 month term of probation with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of probation; not incur new credit charges or open additional lines of credit without approval of the U.S. Probation Office, unless in compliance with the payment schedule; provide the U.S. Probation Office access to any requested financial information; perform 400 hours of community service; pay a $100 special assessment fee; and pay $28,998.50 in restitution. **Conditions modified on November 15, 2004,** to include an additional 50 hours of community service, and submission of proof of employment searches every week, unless otherwise directed by his probation officer, as a sanction for noncompliance. **Conditions modified on April 21, 2006,** to include that he serve three months of electronic monitoring under the home confinement program as a sanction for noncompliance.

Type of Supervision: Probation        Date Supervision Commenced: March 19, 2004

---

## NONCOMPLIANCE SUMMARY

Violation Number          Nature of Noncompliance

The defendant's arrested on July 28, 2006 pursuant to a bench warrant in the Superior Court of Guam.

On January 16, 2006, Mr. Choi failed to appear at a hearing in a civil matter involving Citibank N.A. in CV0158-00 on January 16, 2006. On March 7, 2006, he again failed to appear at a hearing on an order to show cause why he should not be held in contempt of court. On July 24, 2006, a warrant for Mr. Choi's arrest was issued and he was subsequently arrested on July 28, 2006. This Officer was notified of the arrest after Mr. Choi, who was on electronic monitoring, did not return home as scheduled. Subsequently, his supervisor was contacted and informed this Officer that Mr. Choi was in custody. Mr. Choi was released from the Guam Detention Facility on July 31, 2006.

Mr. Choi has complied with the conditions of supervision since being placed on probation, to include modified conditions imposed as a sanction for noncompliance. Mr. Choi paid his $100 special assessment fee on April 5, 2004; completed 400 hours of community service on September 4, 2004; completed the additional 50 hours of community service on September 2, 2005; and has been employed as a part-time bouncer at the Roxbury Night Club since July 2004.

This Officer respectfully requests that the Court review this report as informational and impose no action at this time. Mr. Choi has been warned of the consequences of future violations. His progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:                                                                             Respectfully submitted,

                                                                                         by:

ROSSANNA VILLAGOMEZ-AGUON                                                                JUDY ANNE L. OCAMPO  
U.S. Probation Officer                                                                   U.S. Probation Officer  
Supervision Unit Leader

Date: 8/17/06                                                                            Date: 8/13/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action.

☐ Other

**RECEIVED**  
AUG 21 2006  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

Signature of Judicial Officer  
JOAQUIN V.E. MANIBUSAN, JR.,  
U.S. Magistrate Judge  
8/23/2006  
Date