ORIGINAL

1 | **CHOI_Y.stpgar**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

SEP 26 2006

MARY L.M. MORAN
CLERK OF COURT

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE DISTRICT OF GUAM

11

12 | UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 04-00009
)
Plaintiff, )
13 | )
14 | vs. ) **STIPULATED MOTION FOR A**
) **WRIT OF CONTINUING**
YONG S. CHOI, ) **GARNISHMENT**
15 | )
Defendant, )
16 | )
_____)
17 | )
CONSOLIDATED TRANSPORTATION )
SERVICES INC. (CTSI), )
18 | )
Garnishee. )
19 | _____)

20

21 |     WHEREAS Defendant, YONG S. CHOI, P.O. Box XXXXXX, Hagatna, Guam 96932,

22 | Social Security Number XXX-XX-5189, has requested that wages paid to the judgment

23 | defendant, in the amount of $50.00 per pay period (bi-weekly) be made payable to the Clerk,

24 | U.S. District of Guam for payment toward his restitution that is due and owing;

25 | //

26 | //

Plaintiff, UNITED STATES OF AMERICA, and Defendant, YONG S. CHOI, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $50.00 per pay period (bi-weekly), until his restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: a|25|06

YONG S. CHOI
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 9|25|06

By:

MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By:

JUDY ANNE L. OCAMPO
U.S. Probation Officer