1 | CHOI_Y.stpwrit

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 04-00009
              Plaintiff,         )
         vs.                     ) **WRIT OF CONTINUING**
                                 ) **GARNISHMENT**
YONG S. CHOI,                    )
              Defendant,         )
_____  )
                                 )
CONSOLIDATED TRANSPORTATION      )
  SERVICES INC. (CTSI),          )
                                 )
              Garnishee.         )
_____  )

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing

Garnishment on Defendant, YONG S. CHOI's wages in the amount of $50.00 per pay period

(bi-weekly);

//

//

//

//

ORIGINAL

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $50.00 per pay period of YONG S. CHOI, Social Security Number XXX-XX-5189, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

> U.S. District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagåtña, Guam 96910

with a reference to court number **CR 04-00009** to ensure his account is properly credited.

DATED this _____ day of ___SEP 2 8 2006___, 2006.

/s/ Morrison C. England, Jr.
Morrison C. England, Jr.
Designated Judge
District Court of Guam