ORIGINAL

CHOI_Y.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>YONG S. CHOI,<br><br>   Defendant,<br><br>CONSOLIDATED TRANSPORTATION SERVICES INC. (CTSI),<br><br>   Garnishee. | CRIMINAL CASE NO. 04-00009<br><br>**CERTIFICATE OF SERVICE** |

  I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on September 29, 2006.

                       */s/ Michelle Perez*
                       MICHELLE PEREZ