ORIGINAL

CHOI_Y.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00009 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| YONG S. CHOI, ) | |
| Defendant, ) | |
| CONSOLIDATED TRANSPORTATION SERVICES INC. (CTSI), ) | |
| Garnishee. ) | |

On or about September 28, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about February 26, 2007, our

//
//
//
//
//
//

office confirmed with the garnishee that defendant is no longer employed with them as of November, 2006. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant YONG S. CHOI.

DATED this 2nd day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney