**CHOI_Y.terord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| YONG S. CHOI, | ) | Re: United States Motion to Terminate Writ of Continuing Garnishment |
| Defendant, | ) | |
| CONSOLIDATED TRANSPORTATION SERVICES INC. (CTSI), | ) | |
| Garnishee. | ) | |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

**SO ORDERED**, this 12th day of March, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**