# ORIGINAL

1 | **CHOI_Y.facg**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

MAR 16 2007

MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

10 | UNITED STATES OF AMERICA,          )          CRIMINAL CASE NO. 04-00009
                                                      )
11 |              Plaintiff,                          )
                                                      )
12 |       vs.                                        )          **CERTIFICATE OF SERVICE**
                                                      )
13 | YONG S. CHOI,                                    )
                                                      )
14 |              Defendant,                          )
     _____)
                                                      )
15 |                                                  )
     CONSOLIDATED TRANSPORTATION         )
16 | SERVICES INC. (CTSI),                            )
                                                      )
17 |              Garnishee.                          )
     _____)

18 |

19 |       I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

20 | copy of the following:  **Motion to Terminate Writ of Continuing Garnishment, Order Re:**

21 | **United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting**

22 | **Upon Termination Garnishment** were sent to the defendant and garnishee by mail on

23 | *March 16, 2007* .

24 |

25 |

26 |                                                        MICHELLE PEREZ

27 |

28 |