ORIGINAL

CHOI_Y.stpgar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |
| YONG S. CHOI, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, YONG S. CHOI, P.O. Box XXXXXX, Hagåtña, Guam 96932, Social Security Number XXX-XX-5189, has requested that monies available in the judgment defendant's account number XXXX-XX4406, in the amount of $100.00 per month beginning December 20, 2007 and continuing thereafter on the 20th of every month or when funds become available, be made payable to the Clerk, U.S. District Court of Guam for payment toward Defendant YONG S. CHOI's restitution that is due and owing;

Plaintiff, UNITED STATES OF AMERICA, and Defendant, YONG S. CHOI hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant and joint account holder's account number XXXX-XX4406, in the amount of $100.00 per month, beginning December 20, 2007 and continuing thereafter on the 20th of every month or when funds become available, until Defendant YONG S. CHOI's restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 12/06/07

YONG S. CHOI
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 12/7/07        By:

MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief Probation Officer
Districts of Guam and the NMI

By:

JUDYANNE L. OCAMPO
U.S. Probation Officer

- 2 -