1   **CHOI_Y.stpwrit2**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL: (671) 472-7332
6   FAX: (671) 472-7215

7   Attorneys for United States of America

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF GUAM

11

    UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 04-00009
12                                    )
                    Plaintiff,        )
13                                    )
              vs.                     )    **WRIT OF CONTINUING**
14                                    )    **GARNISHMENT**
    YONG S. CHOI,                     )
15                                    )
                    Defendant,        )
16  _____   )
                                      )
17  BANK OF GUAM,                     )
                                      )
18                  Garnishee.        )
    _____   )
19

20

21          Upon stipulated motion of Plaintiff and Defendant for an order of Writ of Continuing

22  Garnishment on Defendant, YONG S. CHOI's account number XXXX-XX4406, in the amount

23  of $100.00 per month, beginning December 20, 2007 and continuing thereafter on the 20th of

24  every month or when funds become available;

25  //

26  //

27  //

1  IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on

2  account number XXXX-XX4406, in the amount of $100.00 per month of Defendant YONG S.

3  CHOI, Social Security Number XXX-XX-5189, beginning December 20, 2007 and continuing

4  thereafter on the 20th of every month or when funds become available, until further notice.

5  Checks should be made payable to:

6  **CLERK, U.S. DISTRICT COURT OF GUAM**

7  and mailed to:

8  U.S. District Court of Guam
   4th Floor, U.S. Courthouse
9  520 West Soledad Avenue
   Hagåtña, Guam 96910
10

11 with a reference to court number **CR 04-00009** to ensure her account is properly credited.

12

   So Ordered.
13

14



15 **/s/ Frances M. Tydingco-Gatewood**
        **Chief Judge**
16 **Dated: Dec 10, 2007**

17

18

19

20

21

22

23

24

25

26

27